
# United States District Court

— For The District of Wyoming —

Alan B. Johnson, United States District Judge

Becky Harris, Courtroom Deputy
Melanie Sonntag, Court Reporter
Zigmas Polinauskas, Law Clerk

September 22, 2021
Cheyenne, Wyoming

Case No. 19-cr-00026-ABJ, 21-cr-00014-ABJ

USA,                                      Plaintiff's Attorney: Eric Heimann
                                                                Thomas Szott

       Plaintiff,

v.

Justin Wallace Herman, Charles Winifred    Defendant's Attorneys: Tom Fleener
Winters, Jr, Ian Horn,                                            Zenith Ward
                                                                 Tom Jubin

       Defendants.

---

## COURTROOM MINUTES
## JURY TRIAL - Day 2

---

10:34 a.m.    Court resumes. Matters discussed outside the presence of the Jury.

10:39 a.m.    Jury brought into the courtroom. Preliminary Jury Instructions published and read
              to the Jury.

10:59 a.m.    **Opening Statements** for the United States by Mr. Heimann.

12:10 p.m.    Court recessed for lunch.

1:30 p.m.     Court resumes. Jury returns to the courtroom.
              **Opening Statements** for Defendant Horn by Mr. Jubin.

2:48 p.m.     Court recessed for break.

3:09 p.m.     Court resumes. Jury returns to the courtroom.

**Opening Statements** for Defendant Winters by Mr. Ward.

4:16 p.m.      **The United States calls Alex Scoufis**. Witness placed under oath. Direct examination by Mr. Szott.
(Exhibit(s): 204 - received conditionally)

5:00 p.m.      Jury given instruction and excused for the day, to return tomorrow at 8:30 a.m. Matters discussed outside the presence of the Jury.

5:07 p.m.      Court recessed until 9/23/2021 at 8:30 a.m.

Day 2 witness:
Alex Scoufis