FILED



5:16 pm, 9/23/21

**Margaret Botkins
Clerk of Court**

# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Becky Harris, Courtroom Deputy | September 23, 2021 |
| Melanie Sonntag, Court Reporter | Cheyenne, Wyoming |
| Zigmas Polinauskas, Law Clerk | |

Case No. 19-cr-00026-ABJ, 21-cr-00014-ABJ

| | | |
|---|---|---|
| USA, | | Plaintiff's Attorney: Eric Heimann |
| | | Thomas Szott |
| Plaintiff, | | |
| v. | | |
| Justin Wallace Herman, Charles Winifred Winters, Jr, Ian Horn, | | Defendant's Attorneys: Tom Fleener |
| | | Zenith Ward |
| Defendants. | | Tom Jubin |

## COURTROOM MINUTES
## JURY TRIAL - Day 3

| | |
|---|---|
| 8:34 a.m. | Court resumes. Jury returns to the courtroom. Alex Scoufis returns to the witness stand. Direct Examination by Mr. Szott continues.<br>(Exhibit(s): 503, 504, 505, 312 - received conditionally, 319 - demonstrative only – w/ Examples A, B, C, D and E) |
| 9:48 a.m. | Cross Examination of Alex Scoufis by Mr. Fleener. |
| 9:59 a.m. | Court recessed for break. |
| 10:21 a.m. | Court resumes. Cross Examination of Alex Scoufis by Mr.Fleener continues. |
| 10:40 a.m. | Cross Examination of Alex Scoufis by Mr. Ward. |
| 10:53 a.m. | Cross Examination of Alex Scoufis by Mr. Jubin. |

| | |
|---|---|
| 10:55 a.m. | Re-direct Examination of Alex Scoufis by Mr. Szott. |
| 10:58 a.m. | **The United States calls Special Agent Jason Berryhill.** Witness placed under oath. Direct Examination by Mr. Heimann.<br>(Exhibit(s): 1006, 1008, 100, 101, 5.1, 5.2, 5.4, 5.5, 5.13, 11.1, 11.2, 15.2, 15.3, 19.1, 19.2, 20, 24.1, 24.2, 24.3, 515) |
| 12:11 p.m. | Court recessed for lunch. |
| 1:33 p.m. | Court resumes. Jury returns to the courtroom. Direct Examination of Special Agent Jason Berryhill by Mr. Heimann continues.<br>(Exhibit(s): 516, 102, 5.3, 305, 306, 307, 603) |
| 2:07 p.m. | Cross Examination of Special Agent Jason Berryhill by Mr. Jubin. |
| 2:42 p.m. | **The United States calls Sonia Hacker**. Witness placed under oath. Direct Examination by Mr. Heimann.<br>(Exhibit(s): 3.1, 1002, 22.1, 27.1) |
| 3:01 p.m. | Cross Examination of Sonia Hacker by Mr. Ward. |
| 3:02 p.m. | Cross Examination of Sonia Hacker by Mr. Jubin. |
| 3:04 p.m. | Court recessed for break. |
| 3:27 p.m. | Court resumes. Jury returns to the courtroom. **The United States calls Nadine McCreery**. Witness placed under oath. Direct Examination by Mr. Szott.<br>(Exhibit(s): 309, 310, 311) |
| 3:59 p.m. | Cross Examination of Nadine McCreery by Mr. Fleener. |
| 4:00 p.m. | Cross Examination of Nadine McCreery by Mr. Ward. |
| 4:15 p.m. | Re-Direct Examination of Nadine McCreery by Mr. Szott. |
| 4:16 p.m. | Re-Cross Examination of Nadine McCreery by Mr. Fleener. |
| 4:17 p.m. | **Defendant Winters calls Patrick Kelley McCreery.** Witness is taken out of order. Witness placed under oath. Direct Examination by Mr. Ward. |
| 4:51 p.m. | Cross Examination of Patrick Kelley McCreery by Mr. Heimann. |
| 4:56 p.m. | Re-Direct Examination of Patrick Kelley McCreery by Mr. Ward. |

5:01 p.m.    Jury given instruction and excused for the day. Matters discussed outside the presence of the Jury.

5:12 p.m.    Court recessed until 9/24/2021 at 8:30 a.m.

Day 3 witnesses:
Alex Scoufis
Special Agent Jason Berryhill
Sonia Hacker
Nadine McCreery
Patrick Kelley McCreery