

**FILED**

# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

5:33 pm, 9/29/21

**Margaret Botkins**
**Clerk of Court**

Becky Harris, Courtroom Deputy
Melanie Sonntag, Court Reporter
Zigmas Polinauskas, Law Clerk

September 29, 2021
Cheyenne, Wyoming

Case No. 19-cr-00026-ABJ, 21-cr-00014-ABJ

| | |
|---|---|
| USA, | Plaintiff's Attorney: Eric Heimann |
| | Thomas Szott |
| Plaintiff, | |
| v. | |
| Justin Wallace Herman, Charles Winifred Winters, Jr, Ian Horn, | Defendant's Attorneys: Tom Fleener |
| | Zenith Ward |
| Defendants. | Tom Jubin |

## COURTROOM MINUTES
## JURY TRIAL - Day 7

| | |
|---|---|
| 8:30 a.m. | Court resumes. Jury returns to the courtroom. **Plaintiff calls Gareth Colglazier**. Witness placed under oath. Direct Examination by Mr. Heimann. (Exhibit(s): 28.8) |
| 9:26 a.m. | Cross Examination of Gareth Colglazier by Mr. Fleener. |
| 9:32 a.m. | Cross Examination of Gareth Colglazier by Mr. Ward. |
| 9:44 a.m. | Cross Examination of Gareth Colglazier by Mr. Jubin. |
| 9:48 a.m. | **The United States calls Tara Bogard.** Witness placed under oath. Direct Examination by Mr. Heimann. |
| 9:58 a.m. | Court recessed for break. |

| | |
|---|---|
| 10:14 a.m. | Court resumes. Jury returns to the courtroom. **The United States calls Mahauta Reed.** Witness placed under oath. Direct Examination of Mr. Heimann. |
| 10:30 a.m. | Cross Examination of Mahauta Reed by Mr. Ward. |
| 10:37 a.m. | **The United States calls Sonia Hacker back to the witness stand.** Direct Examination by Mr. Heimann.<br>(Exhibit(s): 28.11, 28.12, 40.2, 40.3, 40.5, 40.6, 40.10, 40.11, 40.14, 40.15, 41.1, 1001, 41.2, 501) |
| 11:11 a.m. | Cross Examination of Sonia Hacker by Mr. Ward. |
| 11:18 a.m. | Cross Examination of Sonia Hacker by Mr. Fleener. |
| 11:23 a.m. | **The United States calls Raymond Moore.** Witness placed under oath. Direct Examination by Mr. Szott. |
| 11:37 a.m. | Cross Examination of Raymond Moore by Mr. Fleener. |
| 11:42 a.m. | Cross Examination of Raymond Moore by Mr. Ward. |
| 11:44 a.m. | Re-Direct Examination of Raymond Moore by Mr. Szott. |
| 11:47 a.m. | Re-Cross Examination of Raymond Moore by Mr. Ward. |
| 11:51 p.m. | Court recessed for lunch. |
| 1:31 p.m. | Court resumes. Jury returns to the courtroom. **The United States calls Scott Gilleland.** Witness placed under oath. Direct Examination by Mr. Heimann.<br>(Exhibit(s): 28.2, 28.3, 28.22, 28.13) |
| 2:12 p.m. | Cross Examination of Scott Gilleland by Mr. Ward. |
| 2:18 p.m. | **The United States calls Sonia Hacker back to the witness stand.** Direct Examination by Mr. Heimann.<br>(Exhibit(s): 104) |
| 2:27 p.m. | Voir dire of the witness by Mr. Fleener regarding Exhibit 105. |
| 2:29 p.m. | Direct Examination of Sonia Hacker by Mr. Heimann continues.<br>(Exhibit(s): 105, 106, 107, 109 - Demonstrative Only, 4.1, 4.2, 4.3, 4.4, 4.5, 5.6, 1004, 5.7, 5.8, 5.10) |
| 3:05 p.m. | Court recessed for break. |

| | |
|---|---|
| 3:20 p.m. | Court resumes. Jury returns to the courtroom. Direct Examination of Sonia Hacker by Mr. Heimann continues.<br>(Exhibit(s): 5.11, 1005, 5.12, 5.14) |
| 3:35 p.m. | Voir dire of the witness by Mr. Jubin regarding Exhibit 110. |
| 3:37 p.m. | Direct Examination of Sonia Hacker by Mr. Heimann continues.<br>(Exhibit(s): 110 - Demonstrative Only) |
| 3:42 p.m. | Cross Examination of Sonia Hacker by Mr. Jubin.<br>(Exhibit(s): IH-1012) |
| 4:09 p.m. | Cross Examination of Sonia Hacker by Mr. Ward. |
| 4:13 p.m. | **The United States calls Holly MacDonald-Korth.** Witness placed under oath. Direct Examination by Mr. Heimann.<br>(Exhibit(s): 29.4, 29.5) |
| 4:31 p.m. | Cross Examination of Holly MacDonald-Korth by Mr. Fleener. |
| 4:35 p.m. | Witness excused. |
| 4:42 p.m. | Jury given instruction and excused for the day. Matters discussed outside their presence. |
| 4:53 p.m. | Court recessed until 9/30/2021 at 8:30 a.m. |

Day 7 witnesses:
Gareth Colglazier
Tara Bogard
Mahauta Reed
Sonia Hacker
Raymond Moore
Scott Gilleland
Holly MacDonald-Korth