

**FILED**

10:54 am, 10/19/21

**Margaret Botkins
Clerk of Court**

United States District Court
District of Wyoming
Exhibits Log: 19-CR-26-J
USA v Herman/Winters/Horn, 9/21/2021

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Court-1 | Preliminary Instructions |
| Court-2 | Evidentiary Instructions |
| Court-3 | Final Instructions |
| Court-4 | List of Overt Acts |
| Gov-1-1 | EIG Record Showing Creation of www.nutechenr.com and kevin@nutechenr.com |
| Gov-1-2 | EIG Customer Information |
| Gov-2 | www.nutechenr.com Homepage Captured on July 25 2015 |
| Gov-2-1 | www.nutechenr.com Homepage Captured on July 25 2015 with Wayback Machine header |
| Gov-3-1 | 20000 Wire Transfer Nadine McCreery to Bravo 20 Partners |
| Gov-3-2 | 100000 Wire Transfer Emerald Operating Company to Bravo Two Zero Partners |
| Gov-4-1 | Bravo Two Zero Partners December 2014 Bank Statement |
| Gov-4-2 | 80000 Wire Transfer Bravo Two Zero Partners to Ian Horn for ECMZ Debt Conversion |
| Gov-4-3 | BMO Harris Bank Statement Ian Horn December 19 2014 to January 18 2015 |
| Gov-4-4 | 10000 Wire Transfer Bravo Two Zero Partners to Justin Herman |
| Gov-4-5 | Justin Herman Citizens Bank Statement November 27 to December 23 2014 |
| Gov-5-1 | 12232014 Herman to Horn Email - Subject wire |
| Gov-5-10 | January 2015 Outgoing Wire Transfers Ian Horns PNC Bank Account |
| Gov-5-11 | 01162015 Cash Withdrawal 2000 from Ian Horns PNC Bank Account |
| Gov-5-12 | Wire Transfer 19000 from Ian Horn to Intrepid Resources |
| Gov-5-13 | 01122015 Email from Herman to Horn - Subject last two wires |
| Gov-5-14 | Ian Horns PNC Bank Statement January 8 2015 to February 5 2015 |
| Gov-5-2 | 12232014 Herman to Horn Email - Subject Additional New Wire for 20000 |
| Gov-5-3 | 01012015 Horn to Herman Text - Dont forget bank wants evidence of why transfers had to go through me. |
| Gov-5-4 | 01022015 Herman to Horn Email 122015 - Subject Liability |
| Gov-5-5 | 01052015 Email from Herman to Horn and Jillian Hickory - Subject Justin Herman PADLECMZ TransactionIan Horn |
| Gov-5-6 | Withdrawal 80016.29 to Close Ian Horns BMO Harris Bank Account |
| Gov-5-7 | Ian Horns PNC Bank Statement December 5 2014 to January 7 2015 |
| Gov-5-8 | 01062015 Cashiers Check 80016.29 Deposit into Ian Horns PNC Bank Account |
| Gov-6 | EcoEmissions Solutions Inc. Name Change to NuTech Energy Resources Inc. NERG |
| Gov-7 | OTC Markets Group Login Information for Chuck Winters chuck@lchcorp.net |
| Gov-8 | 05192015 Attorney Letter with Respect to Current Information Bearing Ian Horns Name and Signature |
| Gov-9-1 | 05202015 Email Exchange between Winters and OTC Markets - We have finished processing your attorney letter... |
| Gov-9-2 | OTC Markets Group Record Financials Posted for ECMZNERG |
| Gov-10 | 07102015 Email from Herman to Pacific Stock Transfer - Subject here you go for a second time on NERG |
| Gov-11-1 | 07272015 Email from Justin Herman to Chuck Winters - Subject how do we add date |
| Gov-11-2 | 07272015 Email from Winters to Herman - Backdated Debt assignment.pdf Attached |
| Gov-12 | 07272015 Email from Herman to Pacific Stock Transfer - Backdated Debt assignment.pdf Attached |
| Gov-13 | August 2015 Email Exchange regarding Kingdom Trust Application for Bravo 20 Partners |

United States District Court
DIstrict of Wyoming
Exhibits Log: 19-CR-26-J
USA v Herman/Winters/Horn, 9/21/2021



| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Court-1 | Preliminary Instructions |
| Court-2 | Evidentiary Instructions |
| Court-3 | Final Instructions |
| Court-4 | List of Overt Acts |
| Gov-1-1 | EIG Record Showing Creation of www.nutechenr.com and kevin@nutechenr.com |
| Gov-1-2 | EIG Customer Information |
| Gov-2 | www.nutechenr.com Homepage Captured on July 25 2015 |
| Gov-2-1 | www.nutechenr.com Homepage Captured on July 25 2015 with Wayback Machine header |
| Gov-3-1 | 20000 Wire Transfer Nadine McCreery to Bravo 20 Partners |
| Gov-3-2 | 100000 Wire Transfer Emerald Operating Company to Bravo Two Zero Partners |
| Gov-4-1 | Bravo Two Zero Partners December 2014 Bank Statement |
| Gov-4-2 | 80000 Wire Transfer Bravo Two Zero Partners to Ian Horn for ECMZ Debt Conversion |
| Gov-4-3 | BMO Harris Bank Statement Ian Horn December 19 2014 to January 18 2015 |
| Gov-4-4 | 10000 Wire Transfer Bravo Two Zero Partners to Justin Herman |
| Gov-4-5 | Justin Herman Citizens Bank Statement November 27 to December 23 2014 |
| Gov-5-1 | 12232014 Herman to Horn Email - Subject wire |
| Gov-5-10 | January 2015 Outgoing Wire Transfers Ian Horns PNC Bank Account |
| Gov-5-11 | 01162015 Cash Withdrawal 2000 from Ian Horns PNC Bank Account |
| Gov-5-12 | Wire Transfer 19000 from Ian Horn to Intrepid Resources |
| Gov-5-13 | 01122015 Email from Herman to Horn - Subject last two wires |
| Gov-5-14 | Ian Horns PNC Bank Statement January 8 2015 to February 5 2015 |
| Gov-5-2 | 12232014 Herman to Horn Email - Subject Additional New Wire for 20000 |
| Gov-5-3 | 01012015 Horn to Herman Text - Dont forget bank wants evidence of why transfers had to go through me. |
| Gov-5-4 | 01022015 Herman to Horn Email 122015 - Subject Liability |
| Gov-5-5 | 01052015 Email from Herman to Horn and Jillian Hickory - Subject Justin Herman PADLECMZ TransactionIan Horn |
| Gov-5-6 | Withdrawal 80016.29 to Close Ian Horns BMO Harris Bank Account |
| Gov-5-7 | Ian Horns PNC Bank Statement December 5 2014 to January 7 2015 |
| Gov-5-8 | 01062015 Cashiers Check 80016.29 Deposit into Ian Horns PNC Bank Account |
| Gov-6 | EcoEmissions Solutions Inc. Name Change to NuTech Energy Resources Inc. NERG |
| Gov-7 | OTC Markets Group Login Information for Chuck Winters chuck@ichcorp.net |
| Gov-8 | 05192015 Attorney Letter with Respect to Current Information Bearing Ian Horns Name and Signature |
| Gov-9-1 | 05202015 Email Exchange between Winters and OTC Markets - We have finished processing your attorney letter... |
| Gov-9-2 | OTC Markets Group Record Financials Posted for ECMZNERG |
| Gov-10 | 07102015 Email from Herman to Pacific Stock Transfer - Subject here you go for a second time on NERG |
| Gov-11-1 | 07272015 Email from Justin Herman to Chuck Winters - Subject how do we add date |
| Gov-11-2 | 07272015 Email from Winters to Herman - Backdated Debt assignment.pdf Attached |
| Gov-12 | 07272015 Email from Herman to Pacific Stock Transfer - Backdated Debt assignment.pdf Attached |
| Gov-13 | August 2015 Email Exchange regarding Kingdom Trust Application for Bravo 20 Partners |

United States District Court
District of Wyoming
Exhibits Log: 19-CR-26-J
USA v Herman/Winters/Horn, 9/21/2021

| EXHIBIT | DESCRIPTION |
|---|---|
| Court-1 | Preliminary Instructions |
| Court-2 | Evidentiary Instructions |
| Court-3 | Final Instructions |
| Court-4 | List of Overt Acts |
| Gov-1-1 | EIG Record Showing Creation of www.nutechenr.com and kevin@nutechenr.com |
| Gov-1-2 | EIG Customer Information |
| Gov-2 | www.nutechenr.com Homepage Captured on July 25 2015 |
| Gov-2-1 | www.nutechenr.com Homepage Captured on July 25 2015 with Wayback Machine header |
| Gov-3-1 | 20000 Wire Transfer Nadine McCreery to Bravo 20 Partners |
| Gov-3-2 | 100000 Wire Transfer Emerald Operating Company to Bravo Two Zero Partners |
| Gov-4-1 | Bravo Two Zero Partners December 2014 Bank Statement |
| Gov-4-2 | 80000 Wire Transfer Bravo Two Zero Partners to Ian Horn for ECMZ Debt Conversion |
| Gov-4-3 | BMO Harris Bank Statement Ian Horn December 19 2014 to January 18 2015 |
| Gov-4-4 | 10000 Wire Transfer Bravo Two Zero Partners to Justin Herman |
| Gov-4-5 | Justin Herman Citizens Bank Statement November 27 to December 23 2014 |
| Gov-5-1 | 12232014 Herman to Horn Email - Subject wire |
| Gov-5-10 | January 2015 Outgoing Wire Transfers Ian Horns PNC Bank Account |
| Gov-5-11 | 01162015 Cash Withdrawal 2000 from Ian Horns PNC Bank Account |
| Gov-5-12 | Wire Transfer 19000 from Ian Horn to Intrepid Resources |
| Gov-5-13 | 01122015 Email from Herman to Horn - Subject last two wires |
| Gov-5-14 | Ian Horns PNC Bank Statement January 8 2015 to February 5 2015 |
| Gov-5-2 | 12232014 Herman to Horn Email - Subject Additional New Wire for 20000 |
| Gov-5-3 | 01012015 Horn to Herman Text - Dont forget bank wants evidence of why transfers had to go through me. |
| Gov-5-4 | 01022015 Herman to Horn Email 122015 - Subject Liability |
| Gov-5-5 | 01052015 Email from Herman to Horn and Jillian Hickory - Subject Justin Herman PADLECMZ TransactionIan Horn |
| Gov-5-6 | Withdrawal 80016.29 to Close Ian Horns BMO Harris Bank Account |
| Gov-5-7 | Ian Horns PNC Bank Statement December 5 2014 to January 7 2015 |
| Gov-5-8 | 01062015 Cashiers Check 80016.29 Deposit into Ian Horns PNC Bank Account |
| Gov-6 | EcoEmissions Solutions Inc. Name Change to NuTech Energy Resources Inc. NERG |
| Gov-7 | OTC Markets Group Login Information for Chuck Winters chuck@ichcorp.net |
| Gov-8 | 05192015 Attorney Letter with Respect to Current Information Bearing Ian Horns Name and Signature |
| Gov-9-1 | 05202015 Email Exchange between Winters and OTC Markets - We have finished processing your attorney letter... |
| Gov-9-2 | OTC Markets Group Record Financials Posted for ECMZNERG |
| Gov-10 | 07102015 Email from Herman to Pacific Stock Transfer - Subject here you go for a second time on NERG |
| Gov-11-1 | 07272015 Email from Justin Herman to Chuck Winters - Subject how do we add date |
| Gov-11-2 | 07272015 Email from Winters to Herman - Backdated Debt assignment.pdf Attached |
| Gov-12 | 07272015 Email from Herman to Pacific Stock Transfer - Backdated Debt assignment.pdf Attached |
| Gov-13 | August 2015 Email Exchange regarding Kingdom Trust Application for Bravo 20 Partners |

*[Handwritten, right margin:]* Zenith S. Ward, Counsel for Charles Winters

United States District Court
District of Wyoming
Exhibits Log: 19-CR-26-J
USA v Herman/Winters/Horn, 9/21/2021

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Court-1 | Preliminary Instructions |
| Court-2 | Evidentiary Instructions |
| Court-3 | Final Instructions |
| Court-4 | List of Overt Acts |
| Gov-1-1 | EIG Record Showing Creation of www.nutechenr.com and kevin@nutechenr.com |
| Gov-1-2 | EIG Customer Information |
| Gov-2 | www.nutechenr.com Homepage Captured on July 25 2015 |
| Gov-2-1 | www.nutechenr.com Homepage Captured on July 25 2015 with Wayback Machine header |
| Gov-3-1 | 20000 Wire Transfer Nadine McCreery to Bravo 20 Partners |
| Gov-3-2 | 100000 Wire Transfer Emerald Operating Company to Bravo Two Zero Partners |
| Gov-4-1 | Bravo Two Zero Partners December 2014 Bank Statement |
| Gov-4-2 | 80000 Wire Transfer Bravo Two Zero Partners to Ian Horn for ECMZ Debt Conversion |
| Gov-4-3 | BMO Harris Bank Statement Ian Horn December 19 2014 to January 18 2015 |
| Gov-4-4 | 10000 Wire Transfer Bravo Two Zero Partners to Justin Herman |
| Gov-4-5 | Justin Herman Citizens Bank Statement November 27 to December 23 2014 |
| Gov-5-1 | 12232014 Herman to Horn Email - Subject wire |
| Gov-5-10 | January 2015 Outgoing Wire Transfers Ian Horns PNC Bank Account |
| Gov-5-11 | 01162015 Cash Withdrawal 2000 from Ian Horns PNC Bank Account |
| Gov-5-12 | Wire Transfer 19000 from Ian Horn to Intrepid Resources |
| Gov-5-13 | 01122015 Email from Herman to Horn - Subject last two wires |
| Gov-5-14 | Ian Horns PNC Bank Statement January 8 2015 to February 5 2015 |
| Gov-5-2 | 12232014 Herman to Horn Email - Subject Additional New Wire for 20000 |
| Gov-5-3 | 01012015 Horn to Herman Text - Dont forget bank wants evidence of why transfers had to go through me. |
| Gov-5-4 | 01022015 Herman to Horn Email 122015 - Subject Liability |
| Gov-5-5 | 01052015 Email from Herman to Horn and Jillian Hickory - Subject Justin Herman PADLECMZ TransactionIan Horn |
| Gov-5-6 | Withdrawal 80016.29 to Close Ian Horns BMO Harris Bank Account |
| Gov-5-7 | Ian Horns PNC Bank Statement December 5 2014 to January 7 2015 |
| Gov-5-8 | 01062015 Cashiers Check 80016.29 Deposit into Ian Horns PNC Bank Account |
| Gov-6 | EcoEmissions Solutions Inc. Name Change to NuTech Energy Resources Inc. NERG |
| Gov-7 | OTC Markets Group Login Information for Chuck Winters chuck@ichcorp.net |
| Gov-8 | 05192015 Attorney Letter with Respect to Current Information Bearing Ian Horns Name and Signature |
| Gov-9-1 | 05202015 Email Exchange between Winters and OTC Markets - We have finished processing your attorney letter... |
| Gov-9-2 | OTC Markets Group Record Financials Posted for ECMZNERG |
| Gov-10 | 07102015 Email from Herman to Pacific Stock Transfer - Subject here you go for a second time on NERG |
| Gov-11-1 | 07272015 Email Justin Herman to Chuck Winters - Subject how do we add date |
| Gov-11-2 | 07272015 Email from Winters to Herman - Backdated Debt assignment.pdf Attached |
| Gov-12 | 07272015 Email from Herman to Pacific Stock Transfer - Backdated Debt assignment.pdf Attached |
| Gov-13 | August 2015 Email Exchange regarding Kingdom Trust Application for Bravo 20 Partners |

- 1 -

United States District Court
District of Wyoming
Exhibits Log: 19-CR-26-J
USA v Herman/Winters/Horn, 9/21/2021

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Court-1 | Preliminary Instructions |
| Court-2 | Evidentiary Instructions |
| Court-3 | Final Instructions |
| Court-4 | List of Overt Acts |
| Gov-1-1 | EIG Record Showing Creation of www.nutechenr.com and kevin@nutechenr.com |
| Gov-1-2 | EIG Customer Information |
| Gov-2 | www.nutechenr.com Homepage Captured on July 25 2015 |
| Gov-2-1 | www.nutechenr.com Homepage Captured on July 25 2015 with Wayback Machine header |
| Gov-3-1 | 20000 Wire Transfer Nadine McCreery to Bravo 20 Partners |
| Gov-3-2 | 100000 Wire Transfer Emerald Operating Company to Bravo Two Zero Partners |
| Gov-4-1 | Bravo Two Zero Partners December 2014 Bank Statement |
| Gov-4-2 | 80000 Wire Transfer Bravo Two Zero Partners to Ian Horn for ECMZ Debt Conversion |
| Gov-4-3 | BMO Harris Bank Statement Ian Horn December 19 2014 to January 18 2015 |
| Gov-4-4 | 10000 Wire Transfer Bravo Two Zero Partners to Justin Herman |
| Gov-4-5 | Justin Herman Citizens Bank Statement November 27 to December 23 2014 |
| Gov-5-1 | 12232014 Herman to Horn Email - Subject wire |
| Gov-5-10 | January 2015 Outgoing Wire Transfers Ian Horns PNC Bank Account |
| Gov-5-11 | 01162015 Cash Withdrawal 2000 from Ian Horns PNC Bank Account |
| Gov-5-12 | Wire Transfer 19000 from Ian Horn to Intrepid Resources |
| Gov-5-13 | 01122015 Email from Herman to Horn - Subject last two wires |
| Gov-5-14 | Ian Horns PNC Bank Statement January 8 2015 to February 5 2015 |
| Gov-5-2 | 12232014 Herman to Horn Email - Subject Additional New Wire for 20000 |
| Gov-5-3 | 01012015 Horn to Herman Text - Dont forget bank wants evidence of why transfers had to go through me. |
| Gov-5-4 | 01022015 Herman to Horn Email 122015 - Subject Liability |
| Gov-5-5 | 01052015 Email from Herman to Horn and Jillian Hickory – Subject Justin Herman PADLECMZ TransactionIan Horn |
| Gov-5-6 | Withdrawal 80016.29 to Close Ian Horns BMO Harris Bank Account |
| Gov-5-7 | Ian Horns PNC Bank Statement December 5 2014 to January 7 2015 |
| Gov-5-8 | 01062015 Cashiers Check 80016.29 Deposit into Ian Horns PNC Bank Account |
| Gov-6 | EcoEmissions Solutions Inc. Name Change to NuTech Energy Resources Inc. NERG |
| Gov-7 | OTC Markets Group Login Information for Chuck Winters chuck@ichcorp.net |
| Gov-8 | 05192015 Attorney Letter with Respect to Current Information Bearing Ian Horns Name and Signature |
| Gov-9-1 | 05202015 Email Exchange between Winters and OTC Markets - We have finished processing your attorney letter... |
| Gov-9-2 | OTC Markets Group Record Financials Posted for ECMZNERG |
| Gov-10 | 07102015 Email from Herman to Pacific Stock Transfer - Subject here you go for a second time on NERG |
| Gov-11-1 | 07272015 Email from Justin Herman to Chuck Winters - Subject how do we add date |
| Gov-11-2 | 07272015 Email from Winters to Herman - Backdated Debt assignment.pdf Attached |
| Gov-12 | 07272015 Email from Herman to Pacific Stock Transfer - Backdated Debt assignment.pdf Attached |
| Gov-13 | August 2015 Email Exchange regarding Kingdom Trust Application for Bravo 20 Partners |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Gov-14-1 | Email Exchange between Winters Herman and Tara Bogard regarding Kingdom Trust Application for Intrepid Capital Holdings |
| Gov-14-2 | Kingdom Trust Account Records for Intrepid Capital Holdings Corp. |
| Gov-15-1 | 07232015 Email from Bob Mitchell to Herman - Subject Bravo Wire Docs |
| Gov-15-2 | 08192015 Email from Herman to Winters - Subject fix |
| Gov-15-3 | 08192015 Email from Winters to Herman - Subject nerg wire |
| Gov-16-1 | 08192015 Email from Herman to Pacific Stock Transfer - Subject Fwd NERG |
| Gov-16-2 | Backdated Debt Assignment Agreement Attached to Email as Debt assignment.pdf |
| Gov-16-3 | Altered Wire Transfer Request Attached to Email as wire.pdf |
| Gov-16-4 | 07272015 Notice of Conversion Attached to Email as Notice of Conversion Filings.pdf |
| Gov-16-5 | Screenshot of August 19 shares.xlsx Showing Request for 13 billion Free-Trading Shares |
| Gov-17 | August 2015 Email Exchange between Herman and Pacific Stock Transfer - ...Thats how the 280 was used to buy that particular debt. |
| Gov-18-1 | 09022015 Email from Herman to Pacific Stock Transfer |
| Gov-18-10 | Rodgerss June 2008 Consulting Agreement Attached to Email as Rodgers Consulting Agree 6-26-08.pdf |
| Gov-18-11 | Pardys Consulting Agreement Attached to Email as Pardy Rodgers amended consulting agreement 2009.pdf |
| Gov-18-12 | List of Wells Attached to Email as Patriot well list.pdf |
| Gov-18-2 | Assignment Bravo wells to eco signed.pdf Attached to Email |
| Gov-18-3 | Altered Bravo Two Zero Bank Statement Attached to Email as Bravo Statement.pdf |
| Gov-18-4 | Altered Wire Transfer Request Attached to Email as wire.pdf |
| Gov-18-5 | 08242015 Notice of Conversion Attached to Email as Notice of Conversion Filings.pdf |
| Gov-18-6 | Email Showing Name Change to NuTech Energy Resources Inc. and NERG Symbol attached to email as FNRA Email.pdf |
| Gov-18-7 | 2008 EcoEmissions Assignment Attached to Email as Assignment Agreement 6-26-08.pdf |
| Gov-18-8 | Gordon Pardys June 2008 Convertible Note Attached to Email as Pardy Convertible note 6-26-08.pdf |
| Gov-18-9 | David Rodgerss June 2008 Convertible Note Attached to Email as Rodgers Convertible Note 6-26-08.pdf |
| Gov-19-1 | 09082015 Email from Herman to Winters - Subject ian horn |
| Gov-19-2 | 09082015 Email from Winters to Herman - Horn and assoc letterhead.docx attached |
| Gov-20 | 09162015 Email from Winters to Herman - Horn and assoc letterhead.docx attached |
| Gov-22-1 | 09182015 Email from Herman to Pacific Stock Transfer - Subject NERG First Email w Nonaffiliation Statements Attached |
| Gov-22-2 | 09182015 Email from Herman to Pacific Stock Transfer - Subject NERG 3rd Email |
| Gov-22-3 | Assignment Bravo wells to eco signed.pdf Attached to Email |
| Gov-22-4 | List of Wells Attached to Email as Patriot well list.pdf |
| Gov-22-5 | 09162015 Attorney Letter Bearing Ian Horns Name and Signature - Attached to Email as NERG Legal Opinion Sep 23 2015.pdf |
| Gov-22-6 | 09162015 Attorney Letter 2 Bearing Ian Horns Name and Signature - Attached to Email as NERG Opinion September 16 2015 short version.pdf |
| Gov-22-7 | 09162015 NuTech Board Resolution Attached to Email as September 16 BOD Issuance.pdf |
| Gov-22-8 | 09162015 Notice of Conversion Attached to Email as NOTICE OF CONVERSIONS 9 2016.pdf |
| Gov-24-1 | 09232015 Email from Herman to Winters - Subject call u in two |
| Gov-24-2 | 09232015 Email from Herman to Winters - Subject doc edit |
| Gov-24-3 | 09232015 Email from Winters to Herman - Subject E-pro - with Attachment Assignment Bravo E Pro.docx now incl. Digital Signatures of Pardy and Rodgers |
| Gov-25-1 | 09232015 Email from Herman to Pacific Stock Transfer - Subject NERG. |
| Gov-25-2 | 09162015 Attorney Letter Bearing Ian Horns Name and Signature - Attached to Email as NERG Legal Opinion Sep 23 2015.pdf |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Gov-25-3 | Purchase and Assignment of Interest in Wells and Leases Bearing Names and Signatures of Pardy and Rodgers Attached to Email as Assignment Bravo E Pro.pdf |
| Gov-26-1 | 09262015 Email from Herman to Pacific Stock Transfer |
| Gov-27-1 | 09282015 Email from Herman to Pacific Stock Transfer - Subject RE NUTECH |
| Gov-27-2 | Pacific Stock Transfer Company Certificate Transaction Journal for NuTech Energy Resources Showing Stock Certificates Issued on 9282015 |
| Gov-27-3 | Original Stock Certificates - PHYSICAL EVIDENCE ONLY |
| Gov-28-1 | NERG Trading Analysis 1152015 - 11102015 |
| Gov-28-10 | 11062015 Promotional Email from StockBomb.com - Subject NERG is our tiny float subpenny alert for Friday |
| Gov-28-11 | Email from Winters to FinTech Securities on 1162015 placing sell order for NERG |
| Gov-28-12 | 11062015 Email from Herman to Winters forwarding NERG Sell Order Information from FinTech |
| Gov-28-13 | 11062015 Email from Winters to FinTech Securities Placing Another NERG Sell Order |
| Gov-28-14 | 11062015 Promotional Email from Penny Stock 101 - Subject NERG climbs 51 up the chart Round 2 of profits Ding ding. |
| Gov-28-15 | 11062015 Promotional Email from MomentumOTC - Subject NERG climbs 51 up the chart Round 2 of profits Ding ding. |
| Gov-28-16 | 11062015 Promotional Email from StockBomb.com - Subject NERG climbs 51 up the chart Round 2 of profits Ding ding. |
| Gov-28-17 | 11062015 Promotional Email from MomentumOTC - Subject NERG Goes Up 31 After Our Update Get Ready For Round 3 |
| Gov-28-18 | 11062015 Promotional Email from Penny Stock 101 - Subject NERG Goes Up 31 After Our Update Get Ready For Round 3 |
| Gov-28-19 | 11062015 Promotional Email from StockBomb.com - Subject NERG Goes Up 31 After Our Update Get Ready For Round 3 |
| Gov-28-2 | 11032015 Email from Winters to FinTech Securities Placing Sell Order for NERG |
| Gov-28-20 | 11082015 Promotional Email from PennyPickAlerts.com - Subject Sub penny flyer in energy sector that looks ready to deliver |
| Gov-28-21 | 11092015 Promotional Email from PennyPickAlerts.com - Subject Its Monday and it could be a fun day if you follow todays sub penny play |
| Gov-28-22 | 11092015 Email from Chuck Winters to FinTech Securities Placing Sell Order for NERG |
| Gov-28-23 | 11092015 Promotional Email from PennyPickAlerts.com - Subject How about todays play Early 47 gains above previous close. More should be coming. |
| Gov-28-24 | 11092015 Promotional Email from Equity Profile Report - Subject NERG Immediate Attention Required |
| Gov-28-25 | 11092015 Promotional Email from Equity Profile Report - Subject NERG New Trade Alert |
| Gov-28-26 | 11092015 Email from Herman to Winters - Subject NERG Trades |
| Gov-28-27 | 11092015 Email Herman to Winters - Subject trades Please make sure those NERG shares are in the system.. |
| Gov-28-29 | 11102015 Promotional Email from Equity Profile Report - Subject Get NERG on your screen |
| Gov-28-3 | 11032015 Email from Winters to FinTech Securities Placing Another Sell Order for NERG |
| Gov-28-30 | 11102015 Promotional Email from Equity Profile Report - Subject NERG Release Breaking News incl. Press Release Text |
| Gov-28-31 | 11102015 Promotional Email from Equity Profile Report - Subject Are you awake This is time sensitive |
| Gov-28-32 | 11102015 Email from OTC Markets Group to Winters regarding Disclosure and Moving NuTech to OTC Pink Current Information Tier |
| Gov-28-34 | Skype Chat Messages found on Bob Mitchells computer |
| Gov-28-4 | 11032015 Email from Winters to Herman - Subject nerg orders |
| Gov-28-5 | 11052015 Promotional Email from Penny Stock 101 - Subject NERG is our tiny float subpenny alert for Friday |
| Gov-28-6 | 11052015 Promotional Email from StockBomb.com - Subject NERG is our tiny float subpenny alert for Friday |
| Gov-28-7 | 11052015 Promotional Email from MomentumOTC - Subject NERG is our tiny float subpenny alert for Friday |
| Gov-28-8 | 11062015 Promotional Email from Penny Stock 101 - Subject NERG is our tiny float subpenny alert for Friday |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-28-9 | 11062015 Promotional Email from MomentumOTC - Subject NERG is todays tiny float subpenny alert |
| Gov-29-1 | 01282016 Email from Herman to JW Korth - Subject Data |
| Gov-29-2 | ...base data pack that Pacific Stock Transfer reviewed... attached to email as KW Data NERG pack.pdf |
| Gov-29-3 | NuTech Press Release 01282016 NuTech Energy Resources Inc. to Convene for Majority Shareholder Vote on Stock Repurchase Agreement in Preparation for NASDAQ Listing |
| Gov-29-4 | Excerpt of recorded call between Herman and Holly MacDonald-Korth on1282016 - I sent you guys a package |
| Gov-29-5 | Excerpt of recorded call between Justin Herman and Holly MacDonald-Korth on January 28 2016 - Did Mike bless us with holy water |
| Gov-30-1 | 01292016 Email from Herman to JW Korth - Subject Intrepid Capital Sell NERG... |
| Gov-30-2 | NuTech Press Release 01292016 NuTech Energy Resources Inc. Acquires Flowpower LLC Creator of Revolutionary Green Power Generating Technology to Generate Additional 15-20 Million Dollars in Revenues P |
| Gov-32-1 | Screenshot of Q3 2015 Amended Disclosure posted on www.otcmarkets.com incl. Document Properties |
| Gov-34-1 | 03072016 Attorney Letter with Respect to Current Information bearing Ian Horns name and signature |
| Gov-34-3 | OTC Markets Group Login Information kevin@nutechenr.com |
| Gov-36-1 | 04032016 Attorney Letter with Respect to Current Information bearing Ian Horns name and signature |
| Gov-37-1 | 04212016 Email from OTC Markets Group to kevin@nutechenr.com - Subject NuTech Energy Resources Inc. NERG - OTC Pink Current Information |
| Gov-38 | 05102016 Email from kevin@nutechenr.com to OTC Markets Group - below is a cut and paste of our announcement |
| Gov-40-1 | NERG Trading Analysis 04212016 - 05192016 |
| Gov-40-10 | 05132016 Email from Bayes Capital to Herman and Winters - Subject Bayes Capital Trade Recap 051316 Intrepid Capital Holdings |
| Gov-40-11 | 05162016 Email from Bayes Capital to Herman and Winters - Subject Bayes Capital Trade Recap 051616 Intrepid Capital Holdings |
| Gov-40-12 | NuTech Press Release 05132016 NuTech Energy Provides Clarification to Questions Presented at Teleconference |
| Gov-40-14 | 05192016 Email from Bayes Capital to Herman and Winters - Subject Bayes Capital Trade Recap 05192016 Intrepid Capital Holdings |
| Gov-40-15 | May 2016 Wells Fargo Bank Statement Bravo Two Zero Partners |
| Gov-40-2 | 05092016 Email from Herman to Winters - Subject woo nelly I am really expecting to sell several hundred millio shares of NERG this week. |
| Gov-40-3 | 05092016 Email from Bayes Capital to Herman and Winters - Subject Bayes Capital Trade Recap 05092016 Intrepid Capital Holdings |
| Gov-40-4 | NuTech Press Release 05102016 NuTech Energy Resources Receives Buyout Offer |
| Gov-40-5 | 05112016 Email from Bayes Capital to Herman and Winters - Subject Bayes Capital Trade Recap 05102016 Intrepid Capital Holdings |
| Gov-40-6 | 05112016 Email from Bayes Capital to Herman and Winters - Subject Bayes Capital Trade Recap 051116 Intrepid Capital Holdings |
| Gov-40-7 | NuTech Press Release 05112016 NuTech Energy Resources to Accept Buyout Offer |
| Gov-40-8 | NuTech Press Release 05122016 NuTech Energy Resources Update on TechnoInvest Buyout Offer |
| Gov-40-9 | NuTech Press Release 05132016 NuTech Energy Resources to Host Nationwide Teleconference Monday May 16 2016 |
| Gov-41-1 | 05172016 Wire Transfer 10000 from Bravo Two Zero Partners to Herman |
| Gov-41-2 | Hermans Citizens Bank Statement for April 26 to May 24 2016 |
| Gov-100 | 11242014 Email from Crom to Herman - Subject ECMZ history ...ECMZ was pumped and dumped |
| Gov-101 | 12122014 Email from Herman to Horn - Subject Eco Purchase Wire Insturctions |
| Gov-102 | 12122014 to 12152014 Text Messages between Herman and Horn |
| Gov-103 | 12122014 Wire Transfer 20000 from Kevin Trizna to Ian Horn |
| Gov-104 | 12162014 Cash Withdrawal 1250 from Ian Horns BMO Harris Bank Account |
| Gov-105 | 12162014 Wire Transfer 10750 from Horn to Eureka Ventures |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Gov-106 | 12162014 Wire Transfer 7950 Horn to Herman |
| Gov-107 | BMO Harris Bank Statement Ian Horn November 19 2014 to December 18 2014 |
| Gov-107 | BMO Harris Bank Statement Ian Horn November 19 2014 to December 18 2014 |
| Gov-108 | Summary Purchase Agreement for control of EcoEmissions Solutions Inc. Signed by Thomas Crom |
| Gov-201 | Consent to Act as Officer and Director for NuTech bearing Triznas name and signature |
| Gov-202 | 01142015 Email Exchange between Herman and Crom - Subject Re ECMZ |
| Gov-203 | 03252015 Email from OTC Markets Group to Winters - ECMZ is currently considered an SEC Reporting company |
| Gov-205 | 06262015 Email from Herman to Mitchell - Subject pr -- needs editing - ECMZ Name Change announcement.docx attached |
| Gov-206 | 06262015 Email from Mitchell to Herman - Subject Re pr -- needs editing - ECMZ Name Change announcement.docx attached |
| Gov-207 | NuTech Press Release 07012015 NuTech Energy Resources Debuts Trading on OTC Markets |
| Gov-300 | 07172015 Email from Pacific Stock Transfer to Herman - Subject NUTECH In order to move forward please provide the following |
| Gov-301 | 07312015 Email from Winters to Herman - Subject Debt Conversion need name and address of other conv assigner - CONVERT NOTE Pardy.pdf attached |
| Gov-304 | 04262016 Email from Pacific Stock Transfer to Chrysti Bluemel - Subject Legend Removal Requirements |
| Gov-305 | 07152015 Email from Herman to Pacific Stock Transfer incl. 07102015 Attorney Letter Bearing Ian Horns Name and Signature |
| Gov-306 | 07172015 Email from Herman to Pacific Stock Transfer Attorney Letter Bearing Ian Horns Name and Signature |
| Gov-307 | 07232015 Email from Herman to Pacific Stock Transfer Attorney Letter Bearing Ian Horns Name and Signature |
| Gov-308 | EcoEmissions Solutions Certificate No. 4323 Recording Charles Linharts 7650000 Restricted Shares |
| Gov-309 | EcoEmissions Solutions Certificate No. 4405 Recording Nadine McCreerys 117300000 restricted shares |
| Gov-310 | EcoEmissions Solutions Certificate No. 4404 Recording Kelley McCreerys 392700000 Restricted Shares |
| Gov-311 | EcoEmissions Solutions Certificate No. 4406 Recording Patrick John McCreerys 10200000 Restricted Shares |
| Gov-312 | EcoEmissions Solutions Certificate No. 4322 Recording Chrysti Bluemels 5100000 Restricted Shares |
| Gov-320 | Pacific Stock Transfer Company - Active Certificates through 93015 |
| Gov-321 | Pacific Stock Transfer Company Transaction Journal 6108 - 82417 |
| Gov-400 | NuTech Press Release 01132015 NuTech Energy Resources Inc. Imminent NASDAQ Listing |
| Gov-401 | ETrade Securities Investment Account Statements Charles Linhart |
| Gov-402 | Email from Winters to Kingdom Trust on 1142015 - sale of NuTech stock belonging to Bravo 20 |
| Gov-403 | 1152015 Email from Winters to Kingdom Trust - Subject SELL Bravo 20 trading |
| Gov-404 | November 2015 TD AmeriTrade Trade Confirmation 50000 Shares to Chrysti Bluemel |
| Gov-405 | 11132015 Email Exchange between Winters and Kingdom Trust - Subject Chronos Wire |
| Gov-406 | 11132015 Email from Herman to Kingdom Trust - Subject Thank you Thank you for helping me with that stupid wire for Chronos Kada. |
| Gov-407 | Kingdom Trust Withdrawal Request from Bravo 20 Partners Account for 3700 per Chuck Justin |
| Gov-408 | NuTech Press Release 11192015 NuTech Energy Resources Inc. Enters Agreement to Acquire Emerald Operating and Rocky Mountain Exploration Wells |
| Gov-409 | NuTech Press Release 1272015 NuTech Energy Resources Inc. Executes Plan to Take Ownership of Additional 7000 Wells |
| Gov-410 | NuTech Press Release 12102015 NuTech Energy Resources Inc. Announces Acquisition of Pipeline Assets Exceeding 400 Miles |
| Gov-411 | NuTech Press Release 12172015 NuTech Energy Resources Inc. Reveals Corporate Advisory Board Confirmation on Assessment that Companys Asset Base Substantiates Advancement to the NASDAQ |
| Gov-412 | 01282016 Email from Herman to JW Korth - Subject test trade of NERG |
| Gov-414 | 01292016 Email from OTC Markets to Chuck Winters and kevin@nutechenr.com - Subject NuTech Energy Resources Inc. NERG - Caveat Emptor |
| Gov-417 | Graph NERG Price and Volume Analysis 9152015 - 1142016 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-422 | Press Release 11102015 NuTech Energy Resources Inc. Fulfills Reporting Requirements and Modernizes Image |
| Gov-423 | Press Release 12032015 NuTech Energy Resources Inc. Acquires 2000 Additional Wells Pending Regulatory Approval |
| Gov-426 | January 2016 Bravo Two Zero Bank Statement from Wells Fargo Bank N.A. |
| Gov-427 | HBA Group LLC Certification |
| Gov-500 | NuTech Press Release 4252016 NuTech Energy Resources Inc. Announces Removal of Caveat Emptor Status |
| Gov-501 | ETrade Records Raymond Moore Purchasing NERG May 2016 |
| Gov-502 | NERG Retail Transaction Lowest Net Proceed Trading Summary |
| Gov-503 | otcmarkets.com Screenshot Captured 11212015 NERG OTC Pink Current Status with Wayback Machine Header |
| Gov-504 | otcmarkets.com Screenshot Captured 01252016 NERG Yield Symbol with Wayback Machine Header |
| Gov-505 | otcmarkets.com Screenshot Captured 03012016 NERG Caveat Emptor Status with Wayback Machine Header |
| Gov-506 | otcmarkets.com Screenshot Captured 04302016 NERG OTC Pink Current Status with Wayback Machine Header |
| Gov-507 | otcmarkets.com Screenshot Captured 05292016 NERG Caveat Emptor Status with Wayback Machine Header |
| Gov-510 | NERG Retail Transaction Highest Net Proceed Trading Summary |
| Gov-510-1 | NERG Retail Transaction Highest Net Proceed Trading Summary 2 |
| Gov-511 | Graph NERG Price and Volume Analysis 4182016 - 6132016 |
| Gov-514 | NERG PriceVolume Data 122015 - 6302016 |
| Gov-515 | Email Dan Hefner to Herman Attorney Letter Agreement Completed by Ian Horn incl. Drivers License and Bar Card |
| Gov-516 | Email kevin@nutechenr to Gareth Colglazier OTCMarkets Attorney Letter Agreement Signed by Ian Horn |
| Gov-520 | Intrepid Capital Holdings Corp Trading in NuTech 622015 - 6172016 |
| Gov-600 | Ian Horn Recording 10162018 I do remember writing opinion letters. |
| Gov-601 | Ian Horn Recording 10162018 That is definitely my signature. |
| Gov-602 | Ian Horn Recording 512019 Did you sign each opinion letter |
| Gov-603 | Herman and Horn Text Message Exchange 10162018 to 1182019 |
| Gov-604 | Ian Horn Grand Jury Testimony p.1-5 Oath and Advisements |
| Gov-605 | Ian Horn Grand Jury Testimony p.16 Why dont you have any of your email |
| Gov-608 | Ian Horn Grand Jury Testimony p.18 What are attorney opinion letters |
| Gov-610 | Ian Horn Grand Jury Testimony p.36-37 The date when this debt conversion was completed was that significant for the attorney letters you were going to write for NuTech |
| Gov-700 | Ian Horn Signature Exemplar - PHYSICAL EVIDENCE |
| Gov-1000 | Ian Horns BMO Harris Bank account personal signature card |
| Gov-1001 | Justin Herman Citizens Bank Personal Signature Card |
| Gov-1002 | Bravo Two Zero Partners Wells Fargo Business Account Application |
| Gov-1004 | PNC Bank Account Registration and Agreement for Ian Horn |
| Gov-1005 | Intrepid Resources LLC SunTrust Business Account Signature Card |
| Gov-1006 | Yahoo Account Management Tool chuckwinters@rocketmail.com |
| Gov-1007 | Microsoft Account Record livebmitchell1495 Skype Alias |
| Gov-1007-1 | Microsoft Account Record donkeyk007 Skype Alias |
| Gov-1007-2 | Microsoft Account Record gamecock71 Skype Alias |
| Gov-1007-3 | Microsoft Account Record mesli_mk Skype Alias |
| Gov-1007-4 | Microsoft Account Record mikeybware Skype Alias |
| Gov-1007-5 | Microsoft Account Record mr_clark1495 Skype Alias |
| Gov-1008 | Yahoo Account Management Tool justin@wallaceconsulting.com |
| Gov-1009 | CD of Blue Sheet Data - PHYSICAL EVIDENCE ONLY |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Def-2-HermanB | Pages 2-3 of Exhibit JH-AEmail |
| Def-3-CW-A | Email from Red to Winters about Wells |
| Def-3-CW-A1 | Map of Patriot Electric Services Shut-In |
| Def-3-CW-A2 | Map of Patriot Wells |
| Def-3-CW-B | Photo of Winters tool |
| Def-3-CW-C | Winters Patent for tool |
| Def-3-CW-J | Pod in Field |
| Def-3-CW-J1 | Intrepid Tools on Shelf |
| Def-3-CW-J2 | Intrepid Tools Close Up |
| Def-3-CW-N | NuTech Conference Call |
| Def-3-CW-P.1 | Tony Wants Uplist |
| Def-3-CW-P3 | 12-3 Tony Instructions |
| Def-3-CW-P4 | 11-19 General |
| Def-4-IH-1012 | 12232014SubjectWire |
| Def-4-IH-1014 | 12302014EmailCromtoHerman |
| Def-4-IH-1015 | 112015emailSubjectdeal |
| Def-4-IH-1015B | 112015EmailSubjectdeal |
| Def-4-IH-1025 | 182015emailSubjectECMZescrowpayments |
| Def-4-IH-1029 | 8312015IantheCrackheadHorn |
| Def-4-IH-1031 | 10162018emailpartoftheGJsubpoena |
| Def-4-IH-1044 | 3102016Subjectlegalopinioninword |
| Def-4-IH-1044a | 3112016Subjectlegalopinioninword |
| Def-4-IH-1047 | 4212016OTCPinkCurrent |
| Def-4-IH-1048 | 8262015SubjectNERG |
| Def-4-IH-1049 | 8282015SubjectInfoRequest |
| Def-4-IH-1057 | 1242018notrelevantandprivileged |
| Def-4-IH-1058 | 1242018PrivilegedButattachmentok |
| Def-4-IH-1076 | 5102017Pleasereadandcallmewhenyoucan |
| Def-4-IH-1078 | 5112017Correctedversion |
| Def-4-IH-1080 | 5112017PYTGletter |
| Def-4-IH-1082 | 5112017hereitis |
| Def-4-IH-1084 | 5112017emailHorntoJahearn |
| Def-4-IH-1086 | 5112017SubjectLegal |
| Def-4-IH-2206A | selecthornphonecalls |
| Def-4-IH-2209 | 8312015text |
| Def-4-IH-Q1 | 3182015OpinionLetter |
| Def-4-IH-Q10 | 9232015OpinionLetter |
| Def-4-IH-Q11 | 1192016OpinionLetter |
| Def-4-IH-Q12 | 1192016OpinionLetter |
| Def-4-IH-Q13 | 372016OpinionLetter |
| Def-4-IH-Q14 | 432016OpinionLetter |
| Def-4-IH-Q15 | 5102017OpinionLetter |
| Def-4-IH-Q15a | 5102017OpinionLetter |
| Def-4-IH-Q16 | 5102017OpinionLetter |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Def-4-IH-Q16a | 5102017OpinionLetterfull |
| Def-4-IH-Q17 | 192013IntrepidResourcesLLC |
| Def-4-IH-Q18 | 5192015Escrowletter2500000 |
| Def-4-IH-Q19 | 442013IntrepidResourcesLLC |
| Def-4-IH-Q1a | 3182015OpinionLetterfull |
| Def-4-IH-Q2 | 3202015OpinionLetter |
| Def-4-IH-Q20 | 6162015OpinionLetter |
| Def-4-IH-Q21 | 7102015OpinionLetter |
| Def-4-IH-Q22 | 7172015OpinionLetter |
| Def-4-IH-Q23 | 7232015OpinionLetter |
| Def-4-IH-Q24A | 8282013IntrepidResourcesLLC |
| Def-4-IH-Q24B | 8282013LegalLetterforPaks |
| Def-4-IH-Q24C | 8282013IanletterforPak |
| Def-4-IH-Q25 | 8312015ConfirmationofEscrowAgreement280000 |
| Def-4-IH-Q26 | 9232015OpinionLetter |
| Def-4-IH-Q27 | 372016OpinionLetter |
| Def-4-IH-Q28 | 9152015OpinionLetter |
| Def-4-IH-Q29 | 9162015OpinionLetter |
| Def-4-IH-Q2a | 3202015OpinionLetterfull |
| Def-4-IH-Q3 | 5192015OpinionLetter |
| Def-4-IH-Q30 | 9162015OpinionLetter |
| Def-4-IH-Q31 | 412016OpinionLetter |
| Def-4-IH-Q32 | 432016OpinionLetter |
| Def-4-IH-Q4 | 5212015OpinionLetter |
| Def-4-IH-Q4a | 5212015OpinionLetterfull |
| Def-4-IH-Q5 | 6162015OpinionLetter |
| Def-4-IH-Q5a | 6162015OpinionLetterfull |
| Def-4-IH-Q6 | 7102015OpinionLetter |
| Def-4-IH-Q7 | 7172015OpinionLetter |
| Def-4-IH-Q8 | 7232015OpinionLetter |
| Def-4-IH-Q9 | 9162015OpinionLetter |
| Def-4-IH-RF1 | fullsignaturecomparison |